# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2024

> The status conference is adjourned from October 23, 2024 to November 20, 2024 at 3:00 p.m. in Courtroom 11D. Time is excluded until 11/20/2024 to allow Mr. Bell to continue reviewing discovery and to allow the parties to discuss a potential pretrial resolution of this case.
> SO ORDERED.
> Dated: 10/18/2024
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

**BY EMAIL & ECF**

Hon. P. Kevin Castel
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Jason Bell**
     **24 Cr. 526 (PKC)**

Dear Judge Castel:

I write to respectfully request a 30-day adjournment of the status conference in the above-captioned matter, currently scheduled for October 23, 2024, to allow additional time for Mr. Bell to review the discovery in this matter. The defense is generally unavailable after 4:00 pm on Mondays and Wednesdays.

The government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow Mr. Bell to continue reviewing discovery and the parties to discuss a potential pretrial resolution of this case. *See* 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Jason Bell*

cc:  Counsel of record