# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

December 23, 2024

**BY EMAIL & ECF**

Hon. P. Kevin Castel
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The Clerk is requested to terminate the letter motions at ECF 20, 21 & 23.
SO ORDERED
Dated: 12/26/2024

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:  **United States v. Jason Bell**
     24 Cr. 526 (PKC)

Dear Judge Castel:

I write, as counsel to Jason Bell in the above-captioned matter, to respectfully request a temporary modification of Mr. Bell's bail conditions to allow him to take his son to his son's cousin's birthday in Philadelphia, PA on January 4, 2025 at an address to be provided in advance to pretrial services, instead of December 21, 2024 as previously granted by the Court. Dkt. 22 (Dec. 16, 2024). The date of the party changed unexpectedly. Mr. Bell did not travel to Philadelphia with his son on December 21 and instead requests permission to take his son to Philadelphia on January 4, 2025.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Jason Bell*

cc:   Counsel of record