UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

JASON BELL,

            Defendant.

24-cr-526 (PKC)

ORDER

CASTEL, U.S.D.J:

    The TIME for the sentencing, which is scheduled on November 4, 2025, is moved from 2:00 p.m. to 3:15 p.m. in Courtroom 11D.

    SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 30, 2025