# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 10, 2025

**BY EMAIL & ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Jason Bell**
    **24 Cr. 526 (PKC)**

Dear Judge Castel:

I write, as directed at Mr. Bell's November 4, 2025 sentencing in the above-captioned matter, to respectfully request that Mr. Bell's bail conditions be modified to grant pretrial services permission to allow Mr. Bell to remove his electronic monitor when necessary for medical procedures without leave of the Court. *See* ECF Nos. 31, 37, 39, 47.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Jason Bell*

cc:    Counsel of record

*[Handwritten annotation: Application Granted. SO ORDERED. /s/ USDJ 11-13-25]*