# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 29, 2026

**BY EMAIL & ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Jason Bell**
      **24 Cr. 526 (PKC)**

Dear Judge Castel:

*[Handwritten note: Solely on the absence of a designation of a facility, the Court will adjourn the surrender date to February 24, 2026 at 2PM to the facility designated by the B.O.P. There are numerous unanswered questions posed by the balance of the application to grant the relief. Application GRANTED in part and DENIED in part. SO ORDERED. [signature] USDJ 1-29-26]*

    I write to respectfully request that the Court extend Jason Bell's voluntary surrender date for 60 days, until early April 2026, to enable him to attend a medical appointment and surrender directly to his designated facility. *See* Ex. A. The government does not object to this request. Mr. Bell also respectfully requests, with the consent of pretrial services and the government, that he be allowed to return his location monitor to pretrial services three days before his voluntary surrender date.

    On November 4, 2025, the Court sentenced Mr. Bell principally to a term of 36 months' incarceration following his guilty plea to one count of unlawful possession of a firearm in violation of 18 § U.S.C. 922(g). At sentencing, Mr. Bell was directed to voluntarily surrender to his designated facility on February 3, 2026. To date, Mr. Bell has not been notified of his designated facility. I have emailed probation and requested the designation information but have not received a response.

    Recently, Mr. Bell was advised that based on MRI results he received, *see* ECF Nos. 31, 37, 39, 47, 49, he should consult with a surgeon. When Mr. Bell scheduled the appointment earlier this month, the first available appointment was March 2, 2026. *See* Ex. A.

Case 1:24-cr-00526-PKC    Document 57    Filed 01/29/26    Page 2 of 4

Accordingly, I respectfully request a 60-day extension of Mr. Bell's February 3 voluntary surrender date, which will enable him to attend his medical appointment and allow him to surrender directly to the designated facility. I also respectfully request that he be allowed to return his location monitor to pretrial services three days before his voluntary surrender date. Pretrial services and the government consent to this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Jason Bell*

cc:    Counsel of record

# EXHIBIT A

# REDACTED